# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08 MJ 8084 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Anthony McFarland | ) | Booking No. 05920298 |
| | ) | 881 823 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/8/08__ the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ __5,000__ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other._____

Received _____
DUSM

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

Crim-9 (Rev 6-95)                                                                ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY