```
FILED
FEB 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>DENISE CARRILLO (1),<br>ANTHONY McFARLAND (2),<br><br>               Defendants. | Criminal Case No. 08CR528-DMS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana; Title 18, U.S.C., Sec. 2 – Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about January 27, 2008, within the Southern District of California, defendants DENISE CARRILLO and ANTHONY McFARLAND, did knowingly and intentionally import approximately 36.22 kilograms (approximately 79.68 pounds) of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: February 26, 2008 .

                         KAREN P. HEWITT
                         United States Attorney

                         W. MARK CONOVER
                         Assistant U.S. Attorney

WMC:jam:Imperial
2/26/08