

```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,    )   Criminal No.08CR528-DMS
                                 )   CONSENT TO RULE 11 PLEA IN A
11              Plaintiff,       )   FELONY CASE BEFORE UNITED
                                 )   STATES MAGISTRATE JUDGE
12  v.                           )
                                 )
13                               )
    Anthony McFarland,           )
14                               )
                Defendant.       )
15  _____
16
17       I have been advised by my attorney and by the United States
18  Magistrate Judge of my right to enter my plea in this case before
19  a United States District Judge.  I hereby declare my intention to
20  enter a plea of guilty in the above case, and I request and
21  consent to have my plea taken by a United States Magistrate Judge
22  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
23       I understand that if my plea of guilty is taken by the
24  United States Magistrate Judge, and the Magistrate Judge
25  recommends that the plea be accepted, the assigned United States
26  District Judge will then decide whether to accept or reject any
27  plea agreement I may have with the United States and will
28  adjudicate guilt and impose sentence.
         I further understand that any objections to the Magistrate
```

Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.

Dated: 3/6/08

*Anthony McFarland*
Anthony McFarland
Defendant

Dated: 3/6/08

*Michael Littman*
Michael Littman
Attorney for Defendant

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2.

Dated: 3/6/08

*John F. Weis*
John F. Weis
Assistant United States Attorney