# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs Anthony McFarland                                      No. 08CR528-DMS

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on _____03/06/08_____ and ended on _____05/23/08_____ ; (    )
                _____ and ended on _____ . (    )

| 3161(h)        |                                                                                                                                 |      |
|----------------|---------------------------------------------------------------------------------------------------------------------------------|------|
| ___(1)(A)      | Exam or hrg for **mental or physical incapacity**                                                                               | A    |
| ___(1)(B)      | **NARA exam**ination (28:2902)                                                                                                  | B    |
| ___(1)(D)      | State or Federal trials or **other charges pending**                                                                            | C    |
| ___(1)(E)      | **Interlocutory appeals**                                                                                                       | D    |
| ___(1)(F)      | **Pretrial motions** (from flg to hrg or other prompt dispo)                                                                    | E    |
| ___(1)(G)      | **Transfers from other district** (per FRCrP 20, 21 & 40)                                                                       | F    |
| ___(1)(J)      | **Proceedings under advisement** not to exceed thirty days                                                                      | G    |
| ___            | Misc proc: Parole or prob rev, deportation, **extradition**                                                                     | H    |
| ___(1)(H)      | **Transportation** from another district or to/from examination or hospitalization in ten days or less                          | 6    |
| ___(1)(I)      | Consideration by Court of **proposed plea agreement**                                                                           | 7    |
| ___(2)         | **Prosecution deferred** by mutual agreement                                                                                    | I    |
| ___(3)(A)(B)   | **Unavailability of defendant** or **essential witness**                                                                        | M    |
| ___(4)         | Period of **mental or physical incompetence** of defendant to stand trial                                                       | N    |
| ___(5)         | Period of **NARA commitment or treatment**                                                                                      | O    |
| ___(6)         | **Superseding indictment and/or new charges**                                                                                   | P    |
| ___(7)         | **Defendant awaiting trial of co-defendant** when no severance has been granted                                                 | R    |
| ___(8)(A)(B)   | **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance     | T    |
| ___(8)(B)(I)   | 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)** | T1   |
| _X_            | 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)** |      |
| ___(8)(B)(ii)  | 2) **Case** unusual or **complex**                                                                                              | T2   |
| ___(8)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days                                                      | T3   |
| ___(8)(B)(iv)  | 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** | T4   |
| ___3161(I)     | Time up to **withdrawal of guilty plea**                                                                                        | U    |
| ___3161(b)     | **Grand jury indictment time extended** thirty (30) more days                                                                   | W    |

Date __3-6-08__                                            _____
                                                              Judge's Initials