1  MICHAEL LITTMAN
   CA State Bar # 120625
2  105 West "F" St., 4th Flr.
   San Diego, CA 92101
3  (619) 236-1030

4  Attorney for Defendant
   ANTHONY MCFARLAND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-0528-DMS |
| Plaintiff, | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. | |
| DENISE CARRILLO, et al. | |
| Defendants. | |

The defendants, ANTHONY MCFARLAND and DENISE CARRILLO, are currently out of custody and scheduled to have a sentencing hearing in the above-entitled matter on May 23, 2008 at 9:00 a.m. Counsel for ANTHONY MCFARLAND and DENISE CARRILLO as well as government counsel believe it would be in the interests of justice to continue the sentencing hearing in this matter in order to further discuss this matter and prepare which may result in a more favorable sentencing in this matter.

Therefore, the parties jointly request and agree as follows:

1. The defendants' sentencing hearings shall be continued from May 23, 2008 at 9:00 a.m. to June 27, 2008 at 9:00 a.m.

2. The time is excludable pursuant to the Speedy Trial Act.

                                      Respectfully submitted,

DATED: May 13, 2008                 s/Michael Littman
                                          Attorney for Defendant
                                           ANTHONY MCFARLAND

DATED: May 13, 2008                 s/Ira Lee Plummer
                                           Attorney for Defendant
                                           DENISE CARRILLO


                                      KAREN P. HEWITT, U.S. ATTORNEY


DATED: May 13, 2008                 BY:s/Charlotte Kaiser
                                              Assistant U.S. Attorney